PHILLIP A. TALBERT
United States Attorney
PAUL A. HEMESATH
OWEN ROTH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-MJ-00038-CKD |
|---|---|
| Plaintiff, | [PROPOSED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) |
| v. | |
| JAMIE RICHARDSON, | DATE: March 14, 2017 TIME: 2:00 p.m. COURT: Hon. Deborah Barnes |
| Defendant. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d), filed by the parties in this matter on March 13, 2017. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[PROPOSED] FINDINGS AND ORDER

1

Criminal Procedure, and that the extension of time would not adversely affect the public interest in the prompt disposition of this criminal case.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to March 20, 2017, at 2:00 p.m.

2. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED:

Dated: March 13, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND ORDER            2